RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
WILLIAM CARRICO
State Bar No. 003042
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
William_carrico@fd.org

Attorney for James Duckett, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JAMES DUCKETT, JR.,<br><br>  Defendant. | 2:16-mj-459-GWF<br><br>**NOTICE OF APPEARANCE** |

   NOTICE is hereby given that Assistant Federal Public Defender WILLIAM CARRICO, will serve as counsel for the above-captioned defendant.

   Counsel's address is as follows:
      Federal Public Defender
      411 E. Bonneville Avenue, Suite 250
      Las Vegas, Nevada 89101

   DATED this 27th day of June, 2016.

                              RENE VALLADARES
                              Federal Public Defender

                               */s/ William Carrico*
                           By:_____
                              WILLIAM CARRICO,
                              Assistant Federal Public Defender

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on June 27, 2016, she served an electronic copy of the above and foregoing **NOTICE OF APPEARANCE** by electronic service (ECF) to the person named below:

>DANIEL BOGDEN
>United States Attorney
>JIAMIE CHEN
>501 S. Las Vegas Blvd. Ste. 1100
>Las Vegas, NV 89101

*/s/ Lauren Pullen*
_____
Employee of the Federal Public Defender