AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) Case No. | 2:16-mj-459-GWF |
| JAMES C. DUCKETT, JR. | ) | |
| | ) Charging District: | District of Connecticut |
| Defendant | ) Charging District's Case No. | 3:16-cr-124(SRU) |



FILED / ENTERED
COUNSEL/PARTIES OF RECORD
JUN 2 4 2016
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Courthouse - District of Connecticut<br>141 Church Street, Room 214<br>New Haven, CT 06510-6510 | Courtroom: | TBD |
|---|---|---|---|
| | | Date/Time: | TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Jun 24, 2016

_Judge's Signature_

GEORGE FOLEY, JR. U.S. Magistrate Judge
*Printed name and title*